ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA          :
                                  :
        Plaintiff,                :
                                  :     CIVIL ACTION
V.                                :     NO. 5:03-CV-0236-2
                                  :
$3,107.90 IN UNITED STATES CURRENCY, :
MORE OR LESS, ASSET I.D. NO.      :
03-FBI-001190 et al.              :
                                  :
        Defendants.                :

## CLAIMANT'S MOTION TO STAY PROCEEDINGS

Pursuant to 18 U.S.C. §981(g)(2) and 18 U.S.C. § 2254(h), claimant, Malachi York, hereby files this Motion to Stay Proceedings pending the outcome of the criminal charges pending against him. A supporting Memorandum of Law has been filed contemporaneously herewith.

This 8th day of August, 2003.

Respectfully submitted,

GARLAND, SAMUEL & LOEB, P.C.

By: _____
EDWARD T. M. GARLAND
Georgia Bar No. 284900

3151 Maple Drive, N.E.
Atlanta, GA 30305
404-262-2225

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| V. : | NO. 5:03-CV-0236-2 |
| : | |
| $3,107.90 IN UNITED STATES CURRENCY, : | |
| MORE OR LESS, ASSET I.D. NO. : | |
| 03-FBI-001190 et al. : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this the 8th day of August, 2003, I have served a true copy of the within and foregoing **CLAIMANT'S MOTION TO STAY PROCEEDINGS** upon:

Verda M. Colvin
Assistant United States Attorney
P.O. Box 1702
Macon, GA 31202-1702

by mailing same in the United States Mail with sufficient postage affixed thereto.

GARLAND, SAMUEL & LOEB, P.C.

EDWARD T. M. GARLAND
Georgia Bar No. 284900