IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Civil Action |
| $3,107.90 in UNITED STATES CURRENCY, MORE OR LESS, ASSET I.D. NO. 03-FBI-001190, *et al.*, | : No. 5:03-cv-236-2 |
| | : |
| Defendant Property. | : |

Filed at 11:30 A M
DATE 8-19-04
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

## ORDER LIFTING STAY

Upon entry of a final order of forfeiture in the underlying criminal case (United States v. York, Case No. 5:02-CR-27) with regard to the parcels of real property that comprise the Eighth- and Ninth-named Defendant Properties, the March 18, 2004 order of stay in the above-captioned case is hereby lifted. In light of that criminal forfeiture, the Government's Complaint is dismissed as to the Eighth- and Ninth-named Defendant Properties. Claimants' Motion to Dismiss Forfeiture Complaint Against Eighth-named Defendant Property (Doc. 36) and Motion to Quash Writ of Entry (Doc. 44) are dismissed as moot.

**SO ORDERED** this 18 day of August, 2004.

DUROSS FITZPATRICK
UNITED STATES DISTRICT JUDGE

chw

1

ENTERED ON DOCKET
8-19, 2004
Gregory J. Leonard, Clerk
Deputy Clerk