## SHIELDS, RATLIFF, GREEN & KERN, P.C.

### ATTORNEYS AT LAW

160 ST. EMANUEL STREET

**MOBILE, ALABAMA 36602**

*In Historic Fort Conde Village*

TELEPHONE (251) 432-1656
FACSIMILE  (251) 432-3357

RICHARD E. SHIELDS
JON A. GREEN*
ROBERT A. RATLIFF**
CHRISTOPHER KERN
BRUCE B. STONE

*ALSO ADMITTED MISSISSIPPI & TEXAS
**ALSO ADMITTED IN OHIO

MAILING ADDRESS

POST OFFICE BOX 2353
MOBILE, ALABAMA 36652-2353



March 17, 2005

Mr. Anthony and Patricia Evans
396 Auburn Avenue
Atlanta, GA 30312

Ms. Richelle York Davis
P.O. Box 7036
Athens, GA 30604

Ms. Ethel Richardson
7514 Eight Willow Road
Missouri City, Texas 77489

**Sent Via First Class Certified Mail**

> **Re:**   *USA v 3,107.90, et al*
> *5:03-CV-0236-DF*

Dear Anthony and Patricia Evans, Richelle York Davis, and Ethel Richardson:

This is a notice to inform you that:
1. I wish to withdraw as counsel from the above referenced case.

2. The US District Court for the Middle District of Georgia, Macon Division, retains jurisdiction of the case.

3. You will have the burden of keeping the court informed as to where notices, pleadings or other papers may be served on you.

4. You have the obligation to prepare for trial or hire another counsel to prepare for the trial when the trial date has been set.

5. If you fail or refuse to meet these burdens, you may suffer adverse consequences, including, in criminal cases, bond forfeiture and arrest.

6. As of today, Discovery Deadline for the case is set for 12/31/05 and Dispositive Motions are due by 02/14/06, and the withdrawal of counsel will not affect these

**SHIELDS, RATLIFF, GREEN & KERN, P.C.**

deadlines.

7. Service of Notices will continued to be filed at your last known addresses, as referenced herein:

> Mr. Anthony and Patricia Evans
> 396 Auburn Avenue
> Atlanta, GA 30312

> Ms. Richelle York Davis
> P.O. Box 7036
> Athens, GA 30604

> Ms. Ethel Richardson
> 7514 Eight Willow Road
> Missouri City, Texas 77489

8. You have a right to object to my withdrawal withing ten days of the date of this notice.

Sincerely,

Robert A. Ratliff
Attorney at Law

RAR /tdr

cc:   Clerk of Court, Middle District of Georgia
      Ms. Verda Colvin, AUSA