## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:03-cv-236 (DF) |
| | : | |
| $3,107.90 IN UNITED STATES CURRENCY, MORE OR LESS, ASSET I.D. NO. 03-FBI-001190; | : : : | |
| | : | |
| **First-Named Defendant Property,** | : | |
| | : | |
| $289,303.71 IN UNITED STATES CURRENCY, MORE OR LESS, ASSET I.D. NO. 03-FBI-001191; | : : : | |
| | : | |
| **Second-Named Defendant Property,** | : | |
| | : | |
| $121,803.53 IN UNITED STATES CURRENCY, MORE OR LESS, ASSET I.D. NO. 03-FBI-001192; | : : : | |
| | : | |
| **Third-Named Defendant Property,** | : | |
| | : | |
| $9,954.22 IN UNITED STATES CURRENCY, MORE OR LESS, ASSET I.D. NO. 03-FBI-002141; | : : : | |
| | : | |
| **Fourth-Named Defendant Property,** | : | |
| | : | |
| $14.00 IN UNITED STATES CURRENCY, MORE OR LESS, ASSET I.D. NO. 03-FBI-002142; | : : : | |
| | : | |
| **Fifth-Named Defendant Property,** | : | |
| | : | |
| $6,101.71 IN UNITED STATES CURRENCY, MORE OR LESS, ASSET I.D. NO. 03-FBI-002145; | : : : | |
| | : | |
| **Sixth-Named Defendant Property,** | : | |

| | |
|---|---|
| **ITEM OF JEWELRY,** | : |
| **ASSET I.D. NO. 03-FBI-002171;** | : |
| | : |
| **Seventh-Named Defendant Property,** | : |
| | : |
| **ALL THAT TRACT OR PARCEL OF LAND CONSISTING OF 444 ACRES, MORE OR LESS, COMMONLY KNOWN AS 404 SHADY DALE ROAD, EATONTON, PUTNAM COUNTY, GEORGIA, AND ANY AND ALL APPURTENANCES AND IMPROVEMENTS THEREON,** | : |
| | : |
| **Eighth-Named Defendant Property,** | : |
| | : |
| **and** | : |
| | : |
| **ALL THAT TRACT OR PARCEL OF LAND MORE COMMONLY KNOWN AS 155 MANSFIELD COURT, ATHENS, CLARKE COUNTY, GEORGIA, AND ANY AND ALL APPURTENANCES AND IMPROVEMENTS THEREON,** | : |
| | : |
| **Ninth-Named Defendant Property,** | : |
| | : |
| **Defendant Property.** | : |

## **O R D E R**

Before this Court is Defendants' Motion for Extension of Time to File its Answers to Plaintiff's First Set of Interrogatories (doc. 119). Through their motion, Defendants request a thirty (30) day extension in which to respond to interrogatories, creating a due date of October 30, 2006.

WHEREFORE, it is ordered and adjudged that Defendants' Motion for Extension

of Time to File its Answers to Plaintiff's First Set of Interrogatories (doc. 119) is hereby GRANTED. Defendants' responses to Plaintiff's first set of interrogatories are now due on, or before, October 31, 2006.  Further, the parties are ordered to comply with the Court's text only order entered on September 14, 2006, and shall have all discovery completed by the prescribed date of January 02, 2007.  Accordingly, Plaintiff's Motion to Compel Discovery Ordered by the Court in the Proposed Scheduling Order and Discovery Plan (doc. 114) is hereby DENIED as MOOT.

SO ORDERED, this 27th day of October, 2006.

 **/s/ Duross Fitzpatrick**
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/cbb