FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

DEPUTY CLERK

*IN THE UNITED STATES DISTRICT COURT*
*FOR THE MIDDLE DISTRICT OF GEORGIA* 2007 SEP 25 AM 10: 04
*MACON DIVISION*

| | |
|---|---|
| *UNITED STATES OF AMERICA,* | : |
| | : |
| *Plaintiff,* | : |
| | : |
| *v.* | : *CASE NO. 5:03-cv-236 (HL)* |
| | : |
| *$3,107.90 IN UNITED STATES* | : |
| *CURRENCY, MORE OR LESS,* | : |
| *ASSET I.D. NO. 03-FBI-001190;* | : |
| | : |
| *First-Named* | : |
| *Defendant Property,* | : |
| | : |
| *et al.* | : |
| | : |

# *J U D G M E N T*

Pursuant to the Order of this Court dated September 24, 2007, and for the reasons stated therein,

JUDGMENT is hereby entered forfeiting the following property to the United States, which shall have clear title to the same:

1. $3,107.90 in United States Currency, more or less, Asset I.D. No. 03-FBI-001190;

2. $289,303.71 in United States Currency, more or less, Asset I.D. No. 03-FBI-001191;

3. $121,803.53 in United States Currency, more or less, Asset I.D. No. 03-FBI-001192;

4. $9,954.22 in United States Currency, more or less, Asset I.D. No. 03-FBI-002141;

5. $14.00 in United States Currency, more or less, Asset I.D. No. 03-FBI-002142;

6. $6,101.71 in United States Currency, more or less, Asset I.D. No. 03-FBI-002145;

7. Items of Jewelry, Asset I.D. No. 03-FBI-002171;

8. All that tract or parcel of land consisting of 444 acres, more or less, commonly known as 404 Shady Dale Road, Eatonton, Putnam County, Georgia, and any and all appurtenances and improvements thereon; and

9. All that tract or parcel of land more commonly known as 155 Mansfield Court, Athens, Clarke County, Georgia, and any and all appurtenances and improvements thereon.

JUDGMENT is further entered directing the United States Marshal to issue a check in the amount of $17,807.33, made payable to Ronny E. Jones, and forward said check to the United States Attorney's office.

This _25_ day of September, 2007.

GREGORY J. LEONARD, Clerk

_Denise C. Partee_
Denise C. Partee, Deputy Clerk

APPROVED BY:

_Hugh Lawson_
HUGH LAWSON
CHIEF, UNITED STATES DISTRICT JUDGE